UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

| | | |
|---|---|---|
| PURPOSE OF CONFERENCE: | CASE MANAGEMENT CONFERENCE | (✓) |
| TELEPHONE ( ) | PRETRIAL CONFERENCE | ( ) |
| ACTUAL (✓) | DISCOVERY | ( ) |
| | STATUS | ( ) |
| | SETTLEMENT | ( ) |
| | SCHEDULING | ( ) |

DATE & TIME: Thursday, June 8, 2006 @ 1:00 p.m.

CASE NUMBER: 3:CV-06-545

CAPTION:   Schrader v. Taylor

COUNSEL FOR PLAINTIFF:          Sean P. McDonough, Esquire

COUNSEL FOR DEFENDANT:          Cynthia E. Banks, Esquire

**CONFERENCE RESULTS:**

♦   Both have exchanged evidence;

♦   Defense awaiting plaintiff's tax returns;

♦   Discovery to run until August 31, 2006.